UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susana Jasmine Polanco Hernandez, | No.  1:26-cv-00554-GSA |
| Plaintiff, | ORDER GRANTING EXTENSION IN PART |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties stipulate to a 30-day extension of time from May 21, 2026 to June 22, 2026 for Defendant to file a response brief, due to the fact that defense counsel is on leave from May 8 to May 22.

Because a 30-day extension would potentially interfere with the Court's ability to manage its docket, a 21-day extension will be granted instead.  Should this 21-day grant create a true inconvenience for counsel, the Court will entertain a future request for an additional  extension of time.

Accordingly, Defendant's deadline to file a response brief is extended to and including June 11, 2026.

1

IT IS SO ORDERED.

Dated:    **April 30, 2026**                          **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE