UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA JASMINE POLANCO HERNANDEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendants. | No.  1:26-cv-554GSA<br><br>ORDER DIRECTING FILING OF CONSENT/DECLINE FORM |

One of the two parties in this case has neglected to file a form of consent/decline of Magistrate Judge jurisdiction as directed by the scheduling order, ECF No. 7.

Accordingly, that party is directed to file the form within 7 days of this order.

.

IT IS SO ORDERED.

Dated:  __**June 4, 2026**__          _____**/s/ Gary S. Austin**_____
                                 UNITED STATES MAGISTRATE JUDGE